AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10258-LJM-EAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>DENNIS KOLAR</u> was received by me on *(date)* <u>Feb 14, 2023,</u> <u>12:20 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Ms. Shannon Miller</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>DENNIS KOLAR</u> on *(date)* <u>Wed, Feb 15 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 02/15/2023

_____
Server's signature

Miguel Bruce
_____
Printed name and title

P.O Box 539, Belleville, MI 48112-0539
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 15, 2023, 11:55 am EST at 31001 Lahser Rd, Franklin, MI 48025 received by DENNIS KOLAR. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Brown; Ms. Shannon Miller, Deputy Secretary, accepted service.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10258-LJM-EAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>RICK SAPORSKY</u> was received by me on *(date)* <u>Feb 14, 2023,</u> <u>12:20 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Ms. Shannon Miller</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>RICK SAPORSKY</u> on *(date)* <u>Wed, Feb 15 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 02/15/2023

_____
Server's signature

Miguel Bruce
_____
Printed name and title

P.O Box 539, Belleville, MI 48112-0539
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 15, 2023, 11:55 am EST at 31001 Lahser Rd, Franklin, MI 48025 received by RICK SAPORSKY, Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Brown;
Ms. Shannon Miller, Deputy Secretary, accepted service.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10258-LJM-EAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GARY PIOTROWICZ was received by me on *(date)* Feb 14, 2023, 12:20 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shannon Miller, Deputy Secretary , who is designated by law to accept service of process on behalf of *(name of organization)* GARY PIOTROWICZ on *(date)* Wed, Feb 15 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 02/15/2023

_____
*Server's signature*

Miguel Bruce
_____
*Printed name and title*

P.O Box 539, Belleville, MI 48112-0539
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 15, 2023, 11:55 am EST at 31001 Lahser Rd, Franklin, MI 48025 received by GARY PIOTROWICZ, Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Brown; Ms. Shannon Miller, Deputy Secretary, accepted service.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10258-LJM-EAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>OAKLAND COUNTY ROAD COMMISSION</u> was received by me on *(date)* <u>Feb 14, 2023, 12:20 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ms. Shannon Miller, Deputy Secretary , who is designated by law to accept service of process on behalf of *(name of organization)* <u>OAKLAND COUNTY ROAD COMMISSION</u> on *(date)* <u>Wed, Feb 15 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 02/15/2023

_____
*Server's signature*

Miguel Bruce
_____
*Printed name and title*

P.O Box 539, Belleville, MI 48112-0539
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 15, 2023, 11:55 am EST at 31001 Lahser Rd, Franklin, MI 48025 received by OAKLAND COUNTY ROAD COMMISSION; Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Brown; Ms. Shannon Miller, Deputy Secretary, accepted service.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10258-LJM-EAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CHARTER TOWNSHIP OF BLOOMFIELD c/o DANI WALSH,</u> <u>CEO</u> was received by me on *(date)* <u>Feb 14, 2023, 12:20 pm.</u>

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>DANI WALSH, CEO</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>CHARTER TOWNSHIP OF BLOOMFIELD c/o DANI WALSH, CEO</u> on *(date)* <u>Wed, Feb 15 2023</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: 02/15/2023

_____
*Server's signature*

Miguel Bruce
_____
*Printed name and title*

P.O Box 539, Belleville, MI 48112-0539
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 15, 2023, 11:36 am EST at 4200 Telegraph Rd, Bloomfield Hills, MI 48302 received by CHARTER TOWNSHIP OF BLOOMFIELD c/o DANI WALSH, CEO. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10258-LJM-EAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CHARTER TOWNSHIP OF BLOOMFIELD c/o DANI WALSH,</u>
<u>CEO</u> was received by me on *(date)* <u>Feb 14, 2023, 12:20 pm.</u>

| | |
|---|---|
| **X** | I personally served the summons on the individual at *(place)* <u>4200 Telegraph Rd, Bloomfield Hills, MI 48302</u> on *(date)* <u>Wed, Feb 15 2023</u> ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☐ | I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: 02/15/2023

*Server's signature*

Miguel Bruce

*Printed name and title*

P.O Box 539, Belleville, MI 48112-0539

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 15, 2023, 11:36 am EST at 4200 Telegraph Rd, Bloomfield Hills, MI 48302 received by CHARTER TOWNSHIP OF BLOOMFIELD c/o DANI WALSH, CEO. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown;