AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10258-LJM-EAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OLIVIA NICOLE OLSZTYN-BUDRY was received by me on *(date)* Feb 14, 2023, 12:20 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Ken Budry, Husband , a person of suitable age and discretion who resides there, on *(date)* Sun, Feb 19 2023 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 02/19/2023

*Server's signature*

Miguel Bruce

*Printed name and title*

P.O Box 539, Belleville, MI 48112-0539

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 19, 2023, 10:38 am EST at 884 HIDDEN RIDGE DR, Troy, MI 48083 received by OLIVIA NICOLE OLSZTYN-BUDRY. Ethnicity: Caucasian; Gender: Female;
Mr. Ken Budry, Husband, w/m/55, 5'7", 185lbs, accepted service for his wife, Olivia Budry,